IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CAILIN DALY DEJILLAS, Director of the Omaha Human Rights and Relations Department, on behalf of Steven K. Johnson;<br><br>                Plaintiff,<br><br>v.<br><br>SHERMAN ENTERPRISES, LLC, and MERLE R. VERMUELE,<br><br>                Defendants. | 8:25CV182<br><br>ORDER OF RECUSAL<br>REQUEST FOR REASSIGNMENT |

       This matter is before the Court on the Court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

       SO ORDERED.

       Dated this 1st day of December 2025.

                                                        BY THE COURT:

                                                        Robert F. Rossiter, Jr.
                                                        Chief United States District Judge